IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| William D. Owens-Ali and Cynthia J. Owens-Ali, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Beta Finance Company, Inc., )<br>)<br>Defendant. )<br>)<br>_____ ) | C/A No.: 0:11-129-JFA-JRM<br><br><br><br>ORDER |

The *pro se* plaintiffs originally brought this case in the York County Court of Common Pleas. The defendant removed the action to this court on January 14, 2011, on the basis of diversity and federal question jurisdiction.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation wherein he suggests that the defendant's motion to dismiss be granted in light of the plaintiffs' response to the motion. Plaintiffs' response, while not entirely clear, appears to apologize to the court, while agreeing with the defendant that the case should be dismissed. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation and without a hearing.

The plaintiffs were advised of their right to file objections to the Report and

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

1

2

Recommendation which was filed on March 4, 2011. Plaintiffs did not file objections to the Report. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After a careful review of the record, the applicable law, the Report and Recommendation, the court finds the Magistrate Judge's recommendation to be proper and incorporates the Report herein by reference. In light of the plaintiffs' apparent consent to dismissal, the defendant's motion to dismiss is granted and this matter is ended.

IT IS SO ORDERED.

March 22, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge